UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number:  20-22031-CIV-MARTINEZ-BECERRA

MANUEL SOSA, JR.,

     Plaintiff,

vs.

OFFICER CARLOS BALDOR, JOSEPH
LOOR, and HUETA DARRIAN,

     Defendants.

_____/

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

     THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, pursuant to 28 U.S.C § 636 for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters.  (ECF No. 30).  Judge Becerra filed a Report and Recommendation (ECF No. 33), recommending that this action be dismissed without prejudice for failure to prosecute.  The Court has reviewed the entire file and record, and notes that no objections have been filed.  After careful consideration, it is hereby:

     **ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation (ECF No. 33), is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

     **ADJUDGED** that

1.    Plaintiff's *pro se* complaint, (ECF No. 1), is **DISMISSED without prejudice**.

2.    This case is **CLOSED,** and all pending motions are **DENIED** as **MOOT.**

     DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of June, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Manuel Sosa, Jr., *pro se*